

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Vonderrick Allen, Appellant<br><br>No. 06-20-00072-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 18F0917-102). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the $2,000.00 fine, to reflect that Appellant's offense is a state-jail felony, not a second-degree felony, and by removing the language stating, "TWENTY (20) YEARS TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION; TO RUN CONCURRENTLY WITH 19F0184-102" from the "Terms of Plea Bargain" section and placing it under the "Punishment and Place of Confinement" section. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Vonderrick Allen, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk